Minute Order Form (06/97)



# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | James B. Moran | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 C 399 | **DATE** | 9/30/2002 |
| **CASE TITLE** | Stephen Assam vs. Elizabeth Assam-Metzler etc. et al. | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

Memorandum Opinion and Order

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
    ☐ FRCP4(m)  ☐ Local Rule 41.1  ☐ FRCP41(a)(1)  ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] Enter Memorandum Opinion and Order. Plaintiff seeks to vacate the prior judgment on the pleadings because, he says, defendant Assam-Metzler has failed to comply with discovery. He also has moved to compel. Both motions are denied. Status hearing set for October 3, 2002 at 9:15am. to stand.

(11) ■ [For further detail see order attached to the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| | Notices mailed by judge's staff. | | OCT 0 1 2002 | |
| | Notified counsel by telephone. | | date docketed | |
| ✓ | Docketing to mail notices. | | | 55 |
| | Mail AO 450 form. | | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | | |
| WAH | courtroom deputy's initials | | date mailed notice | |
| | | Date/time received in central Clerk's Office | mailing deputy initials | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| STEPHEN ASSAM, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) No. 01 C 399 | |
| | ) | |
| ELIZABETH PATRICIA ASSAM-METZLER | ) | |
| and HARTLAND MORTGAGE CENTERS, | ) | |
| INC., | ) | |
| | ) | |
| Defendants. | ) | |

**DOCKETED**
OCT 0 1 2002

## MEMORANDUM OPINION AND ORDER

Plaintiff seeks to vacate the prior judgment on the pleadings because, he says, defendant Assam-Metzler has failed to comply with discovery. He also has moved to compel. Both motions are denied.

The discovery dispute is not a dispute but, apparently, a miscommunication. According to defendant Assam-Metzler's counsel, and we have no reason to doubt him, he sent all requested documents to plaintiff's New York address – plaintiff did not pick them up and they were returned to counsel. If plaintiff still desires to review them he can retrieve them from counsel's office.

The motion to vacate judgment is less, though, a discovery dispute than another attempt to overturn the court's prior ruling. In a 31-page brief (which violates the local rule restricting briefs to 15 pages), plaintiff seeks to disavow his prior contention, advanced by his then attorney, that he was the trustee of a resulting trust (which the beneficiary can terminate by manifesting her intent to do so, and she most assuredly has done so). For the reasons

previously stated, we decline to permit plaintiff to try again, with a different theory (which seems to be a return to his original claim that he has a personal ownership interest).

_James B. Moran_
JAMES B. MORAN
Senior Judge, U. S. District Court

Sept. 30, 2002.